# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

| | | |
|---|---|---|
| MICHAEL G. PRESTIA | § | PLAINTIFF |
| | § | |
| v. | § | Civil Action No. 1:08CV1432-LG-RHW |
| | § | |
| UNITED STATES FIDELITY AND | § | |
| GUARANTY COMPANY and | § | |
| JOHN DOES 1-10 | § | DEFENDANTS |

## JUDGMENT

This matter having come on to be heard on the Motion for Summary Judgment [34] filed by the defendant, United States Fidelity and Guaranty Company, the Court, after a full review and consideration of the defendant's Motion, the pleadings on file and the relevant legal authority, finds that in accord with the Order entered herewith,

**IT IS ORDERED AND ADJUDGED** that because there is no genuine issue as to any material fact, judgment is rendered in favor of United States Fidelity and Guaranty Company, pursuant to FED. R. CIV. P. 56. This case is hereby **DISMISSED WITH PREJUDICE**.

**SO ORDERED AND ADJUDGED** this the 7th day of August, 2009.

*s/ Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE